```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF HAWAI`I
_____
                                    )
DAVID A. RENO,                      )
                                    )
                Plaintiff,          )
        v.                          )  Civ. No. 19-00418 ACK-WRP
                                    )
SCOTT U. NIELSON, ET AL.,           )
                                    )
                Defendants.         )
_____ )
```

**ORDER MODIFYING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**

Findings and Recommendation having been filed and served on all parties on August 12, 2019, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES are modified by this Court. The Court DENIES Plaintiff's Motion as moot because Plaintiff paid the filing fee at issue in the Application after the Findings and Recommendation were filed.

1

IT IS SO ORDERED.

DATED: Honolulu, Hawai`i, September 3, 2019.



Alan C. Kay
Sr. United States District Judge

David A. Reno v. Scott U. Nielson, et al., Civ. No. 19-00418 ACK-WRP, Order Modifying Magistrate Judge's Findings and Recommendation.